IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BRYAN CAMPBELL | § | |
| VS. | § | CIVIL ACTION NO. 1:23cv141 |
| FNU JOHNSON, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Bryan Campbell, an inmate formerly at the Stiles Unit, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing this action without prejudice pursuant to FED. R. CIV. P. 41(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. A copy of the report and recommendation was mailed to plaintiff at the address provided to the Court. While plaintiff responded to the Report, no objections to the Report and Recommendation of United States Magistrate Judge have been filed.[1] The dismissal of this action is without prejudice to plaintiff's ability to reinstate the lawsuit by paying the initial partial filing fee within thirty (30) days from the date of this order.

---

[1] Plaintiff's response was docketed as objections to the Report; however, plaintiff did not object to the dismissal of the action. Plaintiff thanked the court for dismissing the lawsuit on his behalf.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report and recommendation of the magistrate judge is ADOPTED. A separate final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 24th day of September, 2025.**

Michael J. Truncale
United States District Judge